# EXHIBIT A

FILED
COST PAID
DATE
CHARLES IRA PATTERSON
PERRY CIRCUIT AND DISTRICT CLERK
BY:
ENTERED
TENDERED
SUMMONS
D.C.

COMMONWEALTH OF KENTUCKY
PERRY CIRCUIT COURT
DIVISION NO.: _____
CIVIL ACTION NO.: 19-CI-_____

SHARON CLARK                      PLAINTIFF

Vs.                      **COMPLAINT**

LOWE'S COMPANIES, INC.

Serve: Kentucky Secretary of State
       Summons Branch
       700 Capital Avenue
       Suite 86
       Frankfort, KY 40601

       Secretary of State to Serve:
       Corporation Service Company
       2626 Glenwood Avenue, Suite 550
       Raleigh, NC 27608

And

TERESA JOHNSON
Hazard Lowe's, Store #1819
81 Commerce Drive
Hazard, KY 41701

Comes the Plaintiff, Sharon Clark, by and through counsel, and for her claims and causes of action against the Defendants, Lowe's Companies, Inc. and Teresa Johnson, states as follows:

**JURISDICTION AND VENUE**

1.      Plaintiff, Sharon Clark, is and was at all times relevant herein, a resident of 130 Clark Road, Cumberland, KY 40823.

1

2. Defendant, Lowe's Companies, Inc., is and was at all times relevant herein, a North Carolina corporation doing business in the Commonwealth of Kentucky with its principal office located at 1000 Lowe's Blvd., Mooresville, North Carolina 28117-8520, and whose process agent is Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

3. Upon information and belief, Defendant, Teresa Johnson, is and was at all times relevant herein, employed as a store manager at Hazard Lowe's Store #1819, 81 Commerce Drive, Hazard, KY 41701.

4. That all acts complained of herein occurred in Hazard, Perry County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court and the diversity jurisdictional limits of the United States District Court.

## COUNT I

## NEGLIGENCE OF DEFENDANT, LOWE'S COMPANIES INC.

5. Plaintiff, Sharon Clark, adopts and reiterates each and every previous allegation as set forth herein and incorporates the same by reference.

6. On or about the 20th day of August, 2018, Sharon Clark, was a patron and business invitee of the Lowe's of Hazard, Store #1819, during regular business hours for retail customers.

7. That while shopping, Plaintiff Sharon Clark fell due to a dangerous condition existing in and around the outdoor displays, specifically a low barrier that was unlikely to be observed by invitees.

8. Defendant, Lowe's Companies, Inc. and/or its agents, servants, employees or representatives had a duty to maintain the premises and surrounding area of Hazard Lowe's, Store #1819 in Hazard, Perry County, Kentucky, in a reasonably safe condition for invitees.

9. Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives negligently violated their duty to Plaintiff, Sharon Clark, in that a dangerous condition existed at or around Lowes Store #1819 in Hazard, Perry County, Kentucky, such that it created a fall hazard in an area where Lowe's Companies, Inc. knew or should have known that patrons, invitees of the store, would traverse, and did not make safe the condition of the premises by repairing, warning or removing of the dangerous condition.

10. Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives knew or should have known that invitees traversing the area in which the dangerous condition was located would be unlikely to observe the dangerous condition and would likely be injured.

11. Defendant, Lowe's Companies, Inc. and/or its agents, servants, employees or representatives failed to adequately mark the dangerous area, to adequately post a warning concerning the dangerous area, or to adequately inform invitees of the presence of the dangerous area.

12. Defendant, Lowe's Companies, Inc., employed incompetent, inexperienced, unskilled or careless employees and/or agents, and/or failed to exercise proper supervision of said employees and/or agents in maintaining the said area in a proper, safe condition, causing serious injuries to the Plaintiff, Sharon Clark, as herein alleged.

13. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, Plaintiff, Sharon

Clark, has suffered serious bodily injury and because of such serious bodily injury sustained by Plaintiff, Plaintiff Sharon Clark, has been caused to suffer pain, suffering, mental anguish and inconvenience and will continue to suffer such pain, suffering, mental anguish and inconvenience in the future.

14. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, Plaintiff, Sharon Clark, has incurred and will incur in the future, medical expenses and physician expenses.

15. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, Plaintiff, Sharon Clark, has been caused to suffer lost wages and a permanent impairment of her ability to earn money.

16. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, in failing to maintain its premises at the Hazard, Kentucky store, Plaintiff, Sharon Clark, has been caused to incur medical and physician expenses and said expenses have worked to harm Plaintiff, Sharon Clark's, credit rating.

17. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, Plaintiff, Sharon Clark, has been caused to suffer damages in excess of the jurisdictional limits of the United States District Court.

## COUNT II

### NEGLIGENCE OF DEFENDANT, TERESA JOHNSON

4

18. Plaintiff, Sharon Clark, adopts and reiterates each and every previously numbered allegation as if fully set out herein and incorporates the same by reference.

19. Based upon information and belief, Defendant, Teresa Johnson was store manager of Hazard Lowes, Store #1819 on or about August 20, 2018.

20. As store manager of Hazard Lowe's, Store #1819, Defendant, Teresa Johnson, had a duty to maintain the premises and surrounding area of Hazard Lowe's, Store #1819 in Hazard, Kentucky, in a reasonably safe condition for invitees, and/or to supervise and manage other Lowe's agents, servants, employees or representatives in doing so.

21. Defendant, Teresa Johnson, negligently violated her duty to Plaintiff, Sharon Clark, in that a dangerous condition existed at Hazard Lowe's, Store #1819 in Hazard, Kentucky in an area where Defendant Teresa Johnson knew or should have known that patrons, invitees of the store, would traverse, and did not make safe the condition of the premises by repairing or warning of the condition.

22. Defendant, Teresa Johnson and/or the Lowe's agents, servants, employees or representatives that Defendant Teresa Johnson hired and/or supervised knew or should have known that invitees traversing the area in which the dangerous condition was located would be unlikely to observe the dangerous condition and would likely be injured.

23. Defendant, Teresa Johnson and/or the Lowe's agents, servants, employees or representatives that Defendant, Teresa Johnson hired or supervised failed to adequately mark the dangerous area, to adequately post a warning concerning the dangerous area, or to adequately inform invitees of the presence of the dangerous area.

24. Defendant, Teresa Johnson hired incompetent, inexperienced, unskilled or careless employees and/or agents, and/or failed to exercise proper supervision of said employees

5

and/or agents in maintaining the said area in a proper, safe condition, causing serious injuries to the Plaintiff, Sharon Clark, as herein alleged.

25. That as a direct and proximate result of the negligence of Defendant, Teresa Johnson, and/or the Lowe's agents, servants, employees or representatives that Defendant, Teresa Johnson hired or supervised, Plaintiff, Sharon Clark, has suffered serious bodily injury and because of such serious bodily injury sustained by Plaintiff, Plaintiff Sharon Clark has been caused to suffer pain, suffering, mental anguish and inconvenience and will continue to suffer such pain, suffering, mental anguish and inconvenience in the future.

26. That as a direct and proximate result of the negligence of Defendant, Teresa Johnson, and/or the Lowe's agents, servants, employees or representatives that Defendant, Teresa Johnson hired or supervised, Plaintiff, Sharon Clark, has incurred and will incur in the future, medical expenses and physician expenses.

27. That as a direct and proximate result of the negligence of Defendant, Lowe's Companies, Inc., and/or its agents, servants, employees or representatives, Plaintiff, Sharon Clark, has been caused to suffer lost wages and a permanent impairment of her ability to earn money.

28. That as a direct and proximate result of the negligence of Defendant, Teresa Johnson, and/or the Lowe's agents, servants, employees or representatives that Defendant, Teresa Johnson hired or supervised, in failing to maintain its premises at the Hazard, Kentucky store, Plaintiff, Sharon Clark, has been caused to incur medical and physician expenses and said expenses have worked to harm Plaintiff, Sharon Clark's, credit rating.

29. That as a direct and proximate result of the negligence of Defendant, Teresa Johnson, and/or the Lowe's agents, servants, employees or representatives that Defendant,

Teresa Johnson hired or supervised, Plaintiff, Sharon Clark, has been caused to suffer damages in excess of the jurisdictional limits of the United States District Court.

WHEREFORE, the Plaintiff, Sharon Clark, respectfully demands the following:

1. That the Clerk of this Court issue Summons to Defendant Lowe's Companies, Inc. by and through its agent for service of process, Kentucky Secretary of State, Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608, and direct a copy thereof, along with a copy of this Complaint to this Defendant.

2. That the Clerk of this Court issue Summons to Defendant, Teresa Johnson, at Hazard Lowe's Store #1819, 81 Commerce Drive Hazard, KY 41701, and direct a copy thereof, along with a copy of this Complaint to this Defendant.

3. Judgment against the Defendant, Lowe's Companies, Inc., in favor of Plaintiff Sharon Clark, in an amount in excess of the jurisdictional limits of this Court and the diversity jurisdictional limits of the United States District Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

   (A) past mental and physical pain, suffering and inconvenience;

   (B) future mental and physical pain, suffering and inconvenience;

   (C) lost wages and permanent impairment of her ability to earn money;

   (D) future medical expenses and past medical expenses; and

   (E) miscellaneous expenses incurred by the Plaintiff, including but not limited to travel expenses, necessitated by the negligent acts of the Defendant.

   (F) past and future detrimental impact on Plaintiff's credit rating

7

4. Judgment against Defendant, Teresa Johnson in favor of Plaintiff, Sharon Clark, in an amount in excess of the jurisdictional limits of this Court and the diversity jurisdictional limits of the United States District Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

(A) past mental and physical pain, suffering and inconvenience;

(B) future mental and physical pain, suffering and inconvenience;

(C) lost wages permanent impairment of her ability to earn money;

(D) future medical expenses and past medical expenses; and

(E) miscellaneous expenses incurred by the Plaintiff, including but not limited to travel expenses, necessitated by the negligent acts of the Defendant.

(F) past and future detrimental impact on Plaintiffs credit rating

5. Pre-judgment and post-judgment interest.

6. Plaintiffs costs expended herein.

7. Trial by Jury.

8. And any and all other relief to which Plaintiff may be entitled.

JOHNSON LAW FIRM, P.S.C.
P. O. BOX 1517
PIKEVILLE, KY 41501
TELEPHONE: (606) 437-4488

BY: _____
WILLIAM R. JOHNSON
BRITTNEY N. SCHAEFFER

8