UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO.: 6:19-cv-00114-REW

*Electronically Filed*

SHARON CLARK                                                                                   PLAINTIFF

VS.

LOWE'S COMPANIES, INC.

and

TERESA JOHNSON                                                                             DEFENDANTS

**MOTION TO REMAND AND OBJECTION TO REMOVAL**

Comes the Plaintiff, by and through counsel, and does hereby Move this Court for an Order remanding this civil action back to the Perry Circuit Court. In support of this Motion, Plaintiffs attaches the following Memorandum of Law.

WHEREFORE, the Plaintiff prays for the appropriate Orders of this Court.

                                                                               JOHNSON LAW FIRM, PSC
                                                                               229 MAIN STREET
                                                                               P. O. BOX 1517
                                                                               PIKEVILLE, KY  41502
                                                                               TELEPHONE: (606) 437-4488

                                             BY:    /s/ Brittney N. Schaeffer
                                                                         BRITTNEY N. SCHAEFFER
                                                                         WILLIAM R. JOHNSON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2019, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to:

Laura L. Mays
2535 Harrodsburg Road, Suite 300
Lexington, KY 40504

Nathaniel R. Kissel
127 Main Street, Suite C
Whitesburg, KY 41858

                                        /s/ Brittney N. Schaeffer
                                        BRITTNEY N. SCHAEFFER
                                        WILLIAM R. JOHNSON